STEVEN G. ROSALES: 222224
LAW OFFICE OF LAWRENCE D. ROHLFING
12631 E. IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
TEL: 562-868-5886
FAX: 562-868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for Plaintiff
KYLER C. THURMAN by and through
his guardian ad litem TANESHIA MADKINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLER C. THURMAN, by and through his guardian ad litem, TANESHIA MADKINS,<br><br>　　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant | Case No.:<br><br>PETITION FOR GUARDIAN AD LITEM; AND ORDER<br><br>(42 U.S.C. § 405 (g)) |

　　PETITIONER Kyler C. Thurman by and through his mother Taneshia Madkins respectfully presents:

　　1. Petitioner is a minor.

　　2. Petitioner is the daughter of Taneshia Madkins. Taneshia Madkins has custody of petitioner.

3. The minor has a cause of action against the above-named defendant on which a suit should be brought in this court. The cause of action arises under the provisions of the Social Security Act, Title XVI.

4. The petitioner has no guardian of his estate.

5. Taneshia Madkins is willing to serve as guardian ad litem of the petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. Petitioner has contracted with Lawrence D. Rohlfing, Attorney at Law, with an office located at 12631 E. Imperial Highway, Suite C-115, Santa Fe Springs, California to prosecute the cause of action for the minor.

WHISEFORE, petitioner prays that Taneshia Madkins or some other proper person can be appointed as guardian ad litem for Kyler C. Thurman to prosecute the above-described cause of action on behalf of Kyler C. Thurman.

DATE: December 22, 2009        */s/ Taneshia Madkins*_____
                               Taneshia Madkins


                               Respectfully submitted,
                               LAW OFFICE OF LAWRENCE D. ROHLFING


                          BY: ___*/s/ Steven G. Rosales* _____
                               Young Cho
                               Attorney for plaintiff Kyler C. Thurman

## VERIFICATION

I, Taneshia Madkins, am the mothers of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: December 22, 2009        ___/s/ Taneshia Madkins_____
                                Taneshia Madkins

## CONSENT OF APPOINTMENT

I hereby consent to act as guardian ad litem for the minor KYLER C. THURMAN

                                ___/s/ Taneshia Madkins_____
                                Taneshia Madkins

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of Kyler C. Thurman for the appointment of Taneshia Madkins as guardian ad litem for Kyler C. Thurman who is a minor and good cause appearing therefore.

IT IS HISEEBY ORDERED that Taneshia Madkins be, and she is, hereby appointed as guardian ad litem for Kyler C. Thurman, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE:   December 23, 2009       /s/ Gary S. Austin
                                United States Magistrate Judge